FILED

10/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0529

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0529

_____

IN RE THE MARRIAGE OF
JEANIE KONOPATZKE,

      Petitioner and Appellee,

   v.

DENNIS KONOPATZKE,

      Respondent and Appellant.

_____

JEANIE KONOPATZKE,

      Petitioner,

   v.

GREAT NORTHERN BREWING COMPANY,
FOREIGN TRADE ZONE OPERATING
COMPANY, WOODTECH TRADING
COMPANY, 551 RED HAWK, LLC, TEXAS
WATERSIDE PARTNERS, LLC, and
MAXWELL ALEXANDER, LLC,

      Third-Party Respondents.

                      O R D E R

_____

Pursuant to the parties' Stipulation to Stay Appellate Briefing Order Pending Mediation, and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. Appellant's opening brief is hereby due 45 days after the filing of the mediator's report.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 10 2024